Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MICHAEL W. CASEY, Respondent, v. SHULTS BREAD COMPANY and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

EDMUNDO MONTEALEGRE and Another, Appellants, v. OLD DUTCH MILLS, INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SIMON GULACK, Respondent, v. ISAAC O. SCHIFF and Another, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ARNOLD C. HANSEN, Respondent, v. GRIGORI BENENSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HYMAN MELTZER and Others, Respondents, v. HARRY FISHEL and Others, Appellants, Impleaded with Others.— Order modified as stated in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by WILLIAM T. EMMET, Superintendent of Insurance, Respondent, for an Order to Take Possession of the Property and Liquidate the Business of the EMPIRE STATE SURETY COMPANY. In the Matter of the Claim of UNITED STATES OF AMERICA, Appellant. Surety Claim No. 122.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ARCHIBALD WILLIAMSON and Others, Doing Business under the Firm Name of BALFOUR, WILLIAMSON & Co., Respondents, v. UCHIDA TRADING COMPANY, LIMITED, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MAURICE VAN DUZER, Respondent, v. HAHLO COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM MILNE, Trustee of the Estate of JAMES READ SMITH, Deceased, Appellant, v. MARY D. YOUNG, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the Application of THE EQUITABLE TRUST COMPANY OF NEW YORK, Appellant, in Proceedings Supplementary to Execution and Return Thereof, against RUSSELL PALMER, Respondent. EMIL FEFFERCORN, Third Party.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion.